AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>PERRIS, ELIZABETH L. | **2. Court or Organization**<br><br>U. S. Bankruptcy Court | **3. Date of Report**<br><br>05/13/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |
| **7. Chambers or Office Address**<br><br>1001 S.W. Fifth Ave.,<br>Suite 700<br>Portland, OR 97204 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　**NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　**NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2013 | West Services - Book Royalty | $581.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2013 | Self employed audiologist (retired October 1, 2013) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Law Institute | 4/24/13 - 4/26/13 | Philadelphia, PA | Seminar | Hotel, transportation, meals |
| 2. | Oregon State Bar | 9/27/13 - 9/29/13 | Salishan, OR | Seminar | Transportation, meals and hotel |
| 3. | National Conference of Bankruptcy Judges | 10/29/13 - 11/1/13 | Atlanta, GA | Seminar | Hotel and transportation |
| 4. | American Bankruptcy Insitute/St. John's Law School | 12/11/13 - 12/13/13 | New York, NY | Seminar | Hotel, transportation and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PERRIS, ELIZABETH L.** | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA Account | B | Int./Div. | M | T | | | | | |
| 2.  -- US Bonds | | | | | | | | | |
| 3.  -- Teco Stock | | | | | | | | | |
| 4.  -- Vanguard Windsor II Mutual Fund | | | | | | | | | See Part VIII |
| 5.  -- Spectra Energy Stock | | | | | | | | | |
| 6.  -- Money Market Funds (Schwab Cash Reserves) | | | | | | | | | See Part VIII |
| 7.  Vanguard S & P 500 Fund | C | Distribution | M | T | | | | | See Part VIII |
| 8.  Bristol Meyers Squibb Stock | A | Dividend | J | T | | | | | |
| 9.  Harbor International Fund (X) | D | Distribution | N | T | Donated (part) | 12/17/13 | K | E | Schwab Foundation |
| 10.  U.S. Savings Bonds (X) | B | Interest | M | T | | | | | |
| 11.  1/2 Interest - Condominium, Otter Rock, Oregon (X) | A | Rent | L | R | | | | | |
| 12.  Baron Asset Fund Shares | D | Distribution | L | T | | | | | |
| 13.  NASDAQ 100 Stock | A | Dividend | K | T | | | | | |
| 14.  i Shares-Russell 2000 (X) | B | Dividend | M | T | | | | | |
| 15.  Key Bank Accounts (CD/checking) (X) | A | Interest | M | T | | | | | |
| 16.  On Point FCU (CD/checking) (X) | C | Interest | N | T | | | | | |
| 17.  i Shares - Emerging Markets | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - On Point CD | A | Interest | J | T | | | | | |
| 19. Condominium, Portland, Oregon (X) | A | Rent | | | | | | | See Part VIII |
| 20. Or Vet Welfare Due 2041 | A | Interest | K | T | | | | | |
| 21. Schwab Cash Dep | A | Interest | J | T | | | | | |
| 22. Schwab 1000 SNXFX (X) | E | Dividend | N | T | | | | | |
| 23. Vanguard International Growth VWIGX (X) | A | Dividend | K | T | | | | | |
| 24. Schwab Cash Deposits (X) | A | Interest | O | T | | | | | |
| 25. Vodofone VOD (X) | A | Dividend | K | T | | | | | |
| 26. Verizon VZ (X) | A | Dividend | K | T | | | | | |
| 27. Gugenheim Multi Asset CVY (X) | B | Dividend | K | T | | | | | |
| 28. Wisdomtree Global Real Estate Ex US DRW (X) | A | Dividend | K | T | | | | | |
| 29. i shares Sel Div DVY (X) | B | Dividend | L | T | | | | | |
| 30. i shares Biotech IBB (X) | A | Dividend | L | T | | | | | |
| 31. i shares US Industrials IYJ (X) | A | Dividend | K | T | | | | | |
| 32. i shares US Basic Materials IYM (X) | A | Dividend | J | T | | | | | |
| 33. i shares US Preferred PFF (X) | A | Dividend | K | T | | | | | |
| 34. Lehman Bros. Holdings 7.2 8/09 bonds - bankruptcy (X) | | None | J | T | Distributed (part) | 10/03/13 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Powershares Intl Div PID (X) | A | Dividend | K | T | | | | | |
| 36. S & P 500 SPY (X) | A | Dividend | L | T | | | | | |
| 37. Vanguard Consumer Discretionary VCR (X) | A | Dividend | K | T | | | | | |
| 38. Vanguard Consumer Staples VDC (X) | B | Dividend | L | T | | | | | |
| 39. Vanguard Energy VDE (X) | B | Dividend | L | T | | | | | |
| 40. Vanguard Information Technology VGT (X) | A | Dividend | L | T | | | | | |
| 41. Vanguard Healthcare VHT (X) | A | Dividend | K | T | | | | | |
| 42. Vanguard REIT VNQ (X) | A | Dividend | J | T | | | | | |
| 43. Vanguard Telecommunicatioin VOX (X) | A | Dividend | J | T | | | | | |
| 44. Vanguard Utilities VPU (X) | A | Dividend | K | T | | | | | |
| 45. i sharees Developed Ex-US Properties WPS (X) | A | Dividend | K | T | | | | | |
| 46. Davis Financial CI C DFFCX (X) | A | Distribution | K | T | | | | | See Part VIII |
| 47. Templeton Global Bond CI C TEGBX (X) | A | Dividend | K | T | | | | | See Part VIII |
| 48. GNMA 7.5%, maturing in 26 (X) | A | Interest | J | T | | | | | |
| 49. GNMA 7.5%, maturing in 27 (X) | A | Interest | J | T | | | | | |
| 50. $50,000 BA CD Matures 1/15 (X) | A | Interest | K | T | | | | | |
| 51. Wells Fargo Accounts (checking/savings) (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Receivable due from Lovejoy Audiology LLC (X) | A | Interest | M | V | | | | | See Part VIII |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 4, 7, 46 & 47. Distributions from Vanguard Windsor II Mutual Fund (line 4), Vanguard S & P 500 Fund (line 7), Davis Financial (line 46) and Templeton Global Bond (line 47) include capital gains and dividends. We reinvested the distributions in these funds.

Line 6. Schwab Cash Reserves is a money market fund. I reinvest the distributions. In addition, I regularly deposit stock dividends, asset liquidation proceeds, and intereest income in the account. The dividends and interest deposits are small. Only transactions in excess of $1,000 within the pertinent account are separately reported.

Line 11. Our 1/2 interest in the condominium at Otter Rock, Oregon, the net rents are after payment of expenses. Our share of the rents without reduction of expenses would be Code D. Half interest in condominium purchased in August 1994 for $55,000.

Line 19. Codominium at Portland, Oregon, the net rents are after payment of expenses. The rents without reduction of expenses would be Code D. Condominium purchased in April 2010 for $471,000 from the Estate of ▓▓▓▓▓▓▓▓▓. Rental ended February 28, 2013. ▓▓▓▓▓▓▓▓▓▓▓▓ and is no longer included in report.

Lines 9-11,14-16, 19 & 22-52. On June 26, 2013, the U.S. Supreme Court ruled that Section 3 of the Defense of Marriage Act is unconstitutional. My spouse and I married earlier, but I did not report her assets because the federal law did not recognize us as married. As a result of the decision, I began reporting my spouse's assets and income, effective June 26, 2013.

Line 52. Valuation method - using balance due on transaction. Sole proprietorship sold to Lovejoy Audiology LLC on September 30, 2013, and that created the receivable. Income prior to sale reflected in Part III B.

Lines 9-11, 14-16. These items appeared on my prior report. I added an "(X)" following thse items because this year I added my spouse's interest in these items and changed values where appropriate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELIZABETH L. PERRIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544